**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01406-CV

### IN RE: ARPIN AMERICA MOVING SYSTEMS, LLC, Relator

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06104-A**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     DAVID EVANS
         JUSTICE